## Elias Markens, Defendant in Error, v. The Baldwin Company, Plaintiff in Error.

### Gen. No. 22,182.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOSEPH E. RYAN, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Reversed. Opinion filed June 27, 1917. Rehearing denied July 13, 1917.

### Statement of the Case.

Action by Elias Markens, plaintiff, against The Baldwin Company, a corporation, defendant, to recover the value of goods sold, but not delivered. To reverse a judgment for plaintiff for $500, defendant prosecutes this writ of error.

JOSEPH E. WINTERBOTHAM, for plaintiff in error.

BERNARD J. BROWN, for defendant in error.

MR. JUSTICE O'CONNOR delivered the opinion of the court.

### Abstract of the Decision.

JUDGMENT, § 515*—*when in action by seller of chattel is conclusive on rights of parties.* Where it appears that in an action by the vendor of a chattel which the vendee had refused to retain after its delivery, to recover the balance due on the purchase price thereof, the judgment rendered was for less than the balance due under the contract of sale, the vendee is not entitled, after paying the judgment, to recover from the vendor the contract price of the chattel upon the latter's refusal to redeliver it.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.